**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE PEREZ-ZAVALA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02373-SHL-atc |
| SAMUEL OLSON, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement, and TRINITY MINTER, Warden, Western Tennessee Detention Facility, | ) | |
| Respondents. | ) | |

**ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE**

Petitioner Jose Perez-Zavala filed the Petition for Writ of Habeas Corpus on April 3, 2026, challenging his immigration-related detention under 28 U.S.C. § 2241. (ECF No. 1.) On April 10, 2026, the Court ordered Perez-Zavala to supplement his Petition and effect service on Respondents within five days, or face dismissal pursuant to Federal Rule 41. (See ECF No. 6 at PageID 15 (citing Fed. R. Civ. P. 41(b)).)

Now, Perez-Zavala's period within which to supplement his Petition and serve Respondents has passed, and the Court is unaware of any further action on his part. Thus, he has failed to comply with a court order, and his Petition is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 20th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE